UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELISABETH RARESHIDE, M.D.<br>A PROFESSIONAL MEDICAL<br>CORPORATION | * * * | CIVIL ACTION NO.: 14-cv-2426 |
| Versus | * * | JUDGE BROWN |
| STATE FARM FIRE AND<br>CASUALTY COMPANY | * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION, ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come **ELISABETH RARESHIDE, M.D. A PROFESSIONAL MEDICAL CORPORATION** and **STATE FARM FIRE AND CASUALTY COMPANY**, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims in the above captioned matter should be dismissed, with prejudice, with each party to bear their own costs of Court.

Respectfully submitted,

_/s/ John R. Ellis_  
JACK M. ALLTMONT (#28218)  
JOHN R. ELLIS (#34281)  
Sessions, Fishman, Nathan & Israel, L.L.C.  
201 St. Charles Avenue, Suite 3815  
New Orleans, Louisiana 70170  
*Attorney for Plaintiff*

_/s/_  
CHARLES L. CHASSAIGNAC, IV (#20746)  
ELEANOR WEEKS WALL (#29695)  
PORTEOUS, HAINKEL & JOHNSON  
343 Third Street, Ste. 302  
Baton Rouge, LA 70801  
Tele: (225) 383-8900  
*Attorneys for State Farm Fire and Casualty Company*

1

1223/882.0007

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, electronic means, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on this 16th day of July, 2015.

_____
CHARLES L. CHASSAIGNAC, IV
ELEANOR W. WALL