UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELISABETH RARESHIDE, M.D. A PROFESSIONAL MEDICAL CORPORATION | * * * | CIVIL ACTION NO.: 14-cv-2426 |
| Versus | * * | JUDGE BROWN |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that all claims against State Farm Fire and Casualty Company brought by **ELISABETH RARESHIDE, M.D. A PROFESSIONAL MEDICAL CORPORATION,** plaintiff herein, be and are hereby dismissed, with prejudice, with each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this 17th day of _____July_____, 2015.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

3

1245/900.0064